**Order entered April 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00333-CR

### JEB STEVENS BROWN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-83651-2013**

## ORDER

The Court has before it the April 27, 2015 request of the Collin County Clerk for an extension of time to file the clerk's record. The clerk states that appellant has not yet paid for the clerk's record. Appellant's docketing statement recites that payment arrangements have been made with both the clerk and the court reporter for their respective records.

We note that appellant's original appeal, docketed as cause no. 05-14-00499-CR, was dismissed on the State's motion after the clerk's and reporter's record were filed because the trial court had granted appellant a new trial as to punishment. *Brown v. State*, No. 05-14-00499-CR (Tex. App.–Dallas Jan. 26, 2015, no pet.) (mem. op., not designated for publication). Accordingly, we **DIRECT** the Clerk of this Court to transfer the clerk's and reporter's records

from cause no. 05-14-00499-CR into the above appeal, and to file a copy of this order among the papers of cause no. 05-14-00499-CR.

We **GRANT** the April 27, 2015 request for an extension of time to file the clerk's record. We **ORDER** the Collin County Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **ORDER** court reporter Jennifer Corley to file, within **THIRTY DAYS** of the date of this order, the reporter's record of the new punishment hearing, as well as other hearings conducted after appellant's original March 19, 2014 sentencing.

We **DIRECT** the Clerk to send copies of this order to the Collin County Clerk; Jennifer Corley, official court reporter, County Court at Law No. 6; and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE